UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RYAN VICTOR KUPRES,

        Petitioner,
                                     Case No. 1:18-cv-807

v.
                                       Honorable Paul L. Maloney

GREG SKIPPER,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.


Dated:  August 17, 2018                      /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge